UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAR 30 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC., <br><br> Defendants. | Civil Action No. 10-4745 (MLC)(DEA) <br><br> RECEIVED <br> MAR 30 2011 <br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

## AMENDED PRETRIAL SCHEDULING ORDER

**THIS MATTER** having come before the Court further to the Pretrial Scheduling Order entered on March 22, 2010, and the Pretrial Scheduling Order to be clarified and revised for good cause shown:

**IT IS ORDERED:**

1. Pursuant to L. Pat. R. 3.1, 3.2, 3.6(f) and 3.6(g), Plaintiffs shall serve their infringement contentions, and any accompanying documents, by May 17, 2011.

2. Pursuant to L. Pat. R. 4.2, the Parties shall jointly exchange claim constructions and extrinsic evidence by June 21, 2011.

3. Pursuant to L. Pat. R. 4.4, the deadline to complete claim construction discovery is August 19, 2011.

4. All other provisions of the March 22, 2011 Pretrial Scheduling Order remain in effect.

_____
The Honorable Douglas E. Arpert
United States Magistrate Judge